In the Matter of the Application of The Emigrant Industrial Savings Bank, Respondent, for an Order Pursuant to the Provisions of Section 1077-c of the Civil Practice Act, Directing the Payment of Surplus Income of the Premises 240–242 Columbus Avenue, in the Borough of Manhattan, City of New York, to Said Applicant to Apply Toward Reduction of Past Due Principal of the Mortgage Held by It, and for Permission to Foreclose Its Mortgage. Rose D. Kyle and Another, Individually and as Executors, etc., of John M. Kyle, Deceased, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of Isaac E. Bermant and Others, Doing Business under the Firm Name and Style of Skinner & Bermant, Appellants, for an Order Directing the Comptroller of the City of New York to Pay to Them as Equitable Lienors or Owners as Equitable Assignees the Sum of $1,990.52 Out of the Award Made to A. P. W. Realty Corporation as Owner of Damage Parcels Nos. 215 and 216 in the Last Partial and Separate Final Decree of the Supreme Court, New York County, Dated January 9th, 1931, in a Certain Proceeding Entitled: " New York Supreme Court, First Department. In the Matter of the Application of the City of New York Relative to Acquiring Title * * * for the Widening of Chrystie Street from Canal Street to East Houston Street; Forsyth Street from East Houston Street to East Broadway; Hester Street, Broome Street, Rivington Street and Stanton Street from Chrystie Street to Forsyth Street, * * * in the Borough of Manhattan, City of New York." Charles W. Berry, as Comptroller of the City of New York, and Others, Respondents.— Order reversed, with twenty dollars costs and disbursements, and the motion granted in so far as to appoint a referee to hear and report to the court at Special Term as to the validity and amount of any lien of the petitioners. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of The City of New York. (Chrystie-Forsythe Streets.) A. P. W. Realty Corporation, Appellant, Respondent; Isaac E. Bermant and Others, Doing Business, etc., Respondents, Appellants; The City of New York and The Comptroller of the City of New York, Respondents.— Order entered October 26, 1933, affirmed, without costs. Order entered July 21, 1933, affirmed, with twenty dollars costs and disbursements to Isaac E. Bermant, Jacob W. Bermant and Henry Bermant, doing business as Skinner & Bermant. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Frederick P. Altschul, Appellant, v. Bankers Commercial Security Co., Inc., Respondent. Irving Trust Company, as Trustee in Bankruptcy for Frederick P. Altschul, Respondent, v. Bankers Commercial Security Co., Inc., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Herbert Winter and Ernst Wolff, Copartners, etc., Respondents, v. Dr. Arthur Netter and Another, Doing Business, etc., Appellants. Arthur Netter and Another, Individually and as Copartners, etc., Plaintiffs, v. Herbert Winter and Another, Individually and as Copartners, etc., Defendants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.